**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Carolina Waterworks, Inc.    v.    Taylor Made Group, LLC

No. 14-1362

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    Taylor Made Group, LLC
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☐ Appellant     ☑ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

- Name: Robert A. Rowan
- Law firm: Nixon & Vanderhye P.C.
- Address: 901 North Glebe Road
- City, State and ZIP: Arlington, VA 22203
- Telephone: 703-816-4000
- Fax #: 703-816-4100
- E-mail address: rar@nixonvan.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 3/15/1985

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

4/1/2014                              /s/ Robert A. Rowan
Date                                  Signature of pro se or counsel

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  4/1/2014
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
 (by email or CM/ECF)

| Robert A. Rowan | /s/ Robert A. Rowan |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Nixon & Vanderhye P.C.

Address: 901 N. Glebe Road

City, State, ZIP: Arlington, VA 22203

Telephone Number: 703-816-4000

FAX Number: 703-816-4100

E-mail Address: rar@nixonvan.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.