NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**CAROLINA WATERWORKS, INC.,**
*Plaintiff-Appellant,*

**v.**

**TAYLOR MADE GROUP, LLC,**
*Defendant-Appellee,*

AND

**TAYLOR MADE PRODUCTS,**
*Defendant.*

———————————

2014-1362

———————————

Appeal from the United States District Court for the District of South Carolina in No. 2:12-cv-02568-DCN, Judge David C. Norton.

———————————

**ON MOTION**

———————————

**O R D E R**

Appellant moves without opposition for a 30-day stay of this appeal to allow the parties to finalize a settlement agreement.

2      CAROLINA WATERWORKS, INC. v. TAYLOR MADE GROUP, LLC

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that appellee is given a 30-day extension of time, until August 4, 2014, to file its response brief.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30